GARY M. RESTAINO
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant U.S. Attorney
AZ State Bar No. 025496
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED
2024 FEB -7 PM 12: 11

**CR24-00558 TUC-RCC(AMM)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

            Plaintiff,

    vs.

Michael Jonathan Higgins,

            Defendant.

No.

**I N D I C T M E N T**

VIO:  18 U.S.C. § 924(a)(1)(A)
        (False Statement During Purchase of
        a Firearm)
        Counts One and Two

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about March 16, 2023, in the District of Arizona, defendant MICHAEL JONATHAN HIGGINS knowingly made a false statement and representation to USA Pawn & Jewelry, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of USA Pawn & Jewelry, in that defendant MICHAEL JONATHAN HIGGINS did execute a Department of Justice, Bureau of

Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in connection with the purchase of a firearm, stating that he resided at 600 N. Pantano Road Apt. 1810 in Tucson, Arizona, whereas in truth and fact, defendant MICHAEL JONATHAN HIGGINS knew that he resided at a different address.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about May 3, 2023, in the District of Arizona, defendant MICHAEL JONATHAN HIGGINS knowingly made a false statement and representation to USA Pawn & Jewelry, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of USA Pawn & Jewelry, in that defendant MICHAEL JONATHAN HIGGINS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in connection with the purchase of a firearm, stating that he resided at 600 N. Pantano Road Apt. 1810 in Tucson, Arizona, whereas in truth and fact, defendant MICHAEL JONATHAN HIGGINS knew that he resided at a different address.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 7, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR PUBLIC DISCLOSURE

/s/
JULIE A. SOTTOSANTI
Assistant United States Attorney

*United States of America v. Michael Jonathan Higgins*
*Indictment Page 2 of 3*